IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Matt Sonia, Individually and for Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>Performance Transport, LLC,<br><br>          Defendants. | Case No. 1:19-cv-00163 |

### ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶ 1]  THIS MATTER comes before the Court upon a Stipulation of Dismissal with Prejudice filed on September 25, 2020. See Doc. No. 41. The Plaintiff, certain Opt-In Plaintiffs, and the Defendant have stipulated to the dismiss this case with prejudice. Id.

[¶ 2]  Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[¶ 3]  **IT IS SO ORDERED.**

DATED September 28, 2020.

Daniel M. Traynor, District Judge
United States District Court